UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JED STEWART LINEBERRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:08-CV-0597-G |
| UNITED STATES OF AMERICA, | ) | |
| ET AL., | ) | **ECF** |
| | ) | |
| Defendants. | ) | |

### ORDER

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct and they are **ACCEPTED** as the findings and conclusions of the court. By separate order, the court orders plaintiff's claims under the Federal Tort Claims Act against the United States **SERVED**, and formally **DISMISSES** plaintiff's claims against the Bureau of Prisons and plaintiff's claims under 42 U.S.C. § 1983 against the United States.

**SO ORDERED**.

May 30, 2008.

/s/ A. Joe Fish
**A. JOE FISH
Senior United States District Judge**