UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JED STEWART LINEBERRY, ID # 10296-078, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| VS. | ) ) | 3:08-CV-0597-G |
| UNITED STATES OF AMERICA, | ) ) | **ECF** |
| Defendant. | ) ) | |

## ORDER

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court. For the reasons stated in those findings, the motion to dismiss, or in the alternative, motion for summary judgment, and brief in support filed by the United States on July 30, 2008, is **GRANTED** and plaintiff's motion to strike, defendant's motion to dismiss or in the alternative motion for summary judgment, and brief in

support or in the alternative, plaintiff's answers and brief in support received on September 26, 2008, is **DENIED**. By separate document, the court will enter judgment in accordance with FED. R. CIV. P. 58(a).

 **SO ORDERED**.

March 23, 2009.

              _____
              **A. JOE FISH**
              **Senior United States District Judge**